# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | September 21, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

**RE:** 19-2039, Quintana, et al v. Santa Fe County Board of Comm., et al
Dist/Ag docket: 1:18-CV-00043-JB-LF

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's August 28, 2020 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc: Christa M. Hazlett
Mark E. Komer
Alicia C. Lopez
Carolyn M. Nichols
David Michael Shapiro
Alisa Wigley-Delara

CMW/jjh