FILED  
United States Court of Appeals  
Tenth Circuit  

UNITED STATES COURT OF APPEALS  

FOR THE TENTH CIRCUIT  
_____  

August 28, 2020  

Christopher M. Wolpert  
Clerk of Court  

ROSA QUINTANA and CORY HICKERSON, individually, and as the personal representatives of the Estate of Ricardo Jose Ortiz, deceased,

    Plaintiffs - Appellants,

v.

SANTA FE COUNTY BOARD OF COMMISSIONERS; ANNE ROBINSON, in her individual capacity; DYLAN CHAVEZ, in his individual capacity; ANTHONY VALDO, in his individual capacity; TYLER LOPEZ, in his individual capacity; LEONARD GARCIA, in his individual capacity; CRISTOBAL GALLEGOS, in his individual capacity,

    Defendants - Appellees.

---------------------------------------

THE RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER,

    Amicus Curiae.

No. 19-2039  
(D.C. No. 1:18-CV-00043-JB-LF)  
(D. N.M.)

_____

**JUDGMENT**
_____

Before **TYMKOVICH**, Chief Judge, **BACHARACH**, and **CARSON**, Circuit Judges.
_____

This case originated in the District of New Mexico and was argued by counsel.

The judgment of that court is vacated in part and affirmed in part. Judge Bacharach concurs in part and dissents in part.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk